**Kenneth E. JACKSON, Plaintiff—Appellant,**

v.

**C. JOHNSON, Nurse, Defendant—Appellee,**

and

**S.K. Young, Warden of Operations; A.P. Harvey, Assistant Warden of Operations, Defendants.**

No. 03–7885.

United States Court of Appeals, Fourth Circuit.

Submitted April 12, 2004.

Decided April 29, 2004.

Kenneth E. Jackson, Appellant pro se.

Jim Harold Guynn, Jr., Elizabeth Kay Dillon, Guynn, Memmer & Dillon, P.C., Roanoke, Virginia, for Appellee.

Before WIDENER, WILLIAMS, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Kenneth E. Jackson appeals the district court's order granting summary judgment to Defendant Carolyn Johnson and denying relief on his 42 U.S.C. § 1983 (2000) complaint alleging deliberate indifference to his medical needs. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Jackson v. Johnson,* No. CA–02–1205–7 (W.D.Va. Nov. 18, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*